## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| David A. Williamson, Jr., | ) | |
| | ) | Case No. 2:17-cv-02456-KHV-KGS |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ocwen Loan Servicing, LLC, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## WITH EQUIFAX INFORMATION SERVICES, LLC ONLY

COME NOW Plaintiff and Defendant, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to agree and stipulate to the dismissal WITH PREJUDICE of the above-captioned action, including all of Plaintiff's claims against Defendant Equifax Information Services, LLC.  Each party further agrees to bear its respective costs and attorney fees.

Respectfully Submitted,

**The Law Offices of Tracy L. Robinson, LC**

By: /s/ Chelsea S. Springer
Chelsea S. Springer #20522
818 Grand Blvd, Suite 505
Kansas City, MO 64106
Phone: (816) 842-1317
Fax:    (816) 842-0315
Email: chelseas@tlrlaw.com
Attorney for Plaintiff

**Polsinelli PC**

By: /s/ Guillermo G. Zorogastua
Guillermo G. Zorogastua #23556
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Phone: (816) 753-1000
Fax:    (816) 753-1536
Email:gzorogastua@polsinelli.com
Attorney for Defendant
Equifax Information Services, LLC

**SO ORDERED.**